# Exhibit 1

# HYLAND LAW PLLC

ATTORNEYS AT LAW
1818 LIBRARY STREET, SUITE 500
RESTON, VIRGINIA 20190
(703) 956-3566
FAX (703) 935-0349
hylandpllc.com

TIMOTHY B. HYLAND*
TYLER SOUTHWICK^
ELIZABETH A. DWYER+
MICHAEL E. GELTNER, OF COUNSEL§
MICHAEL J. BRAMNICK, OF COUNSEL+
JOSEPH M. CREED, OF COUNSELˣ
VIRGINIA (GIA) GRIMM, OF COUNSELˣ

January 12, 2023

*ADMITTED IN VA, DC, MD, NY AND WV
+ADMITTED IN VA, MD AND DC
^ADMITTED IN VA AND DC
§ADMITTED IN VA AND NY
ˣADMITTED IN MD AND DC

*By FedEx*

Ms. Caroline Wren
609 Maryland Avenue, N.E., Apt. 1
Washington, DC  20002

Dear Ms. Wren:

    As you know, this firm represents ▮▮▮▮▮. On January 11, 2023, you posted a number of items about and referring to Mr. ▮▮▮▮, including the following:

> "the republican strategist alleges" He's not a "strategist", he was a 39 yr old volunteer driver who had been fired from multiple campaigns for lying and unethical behavior. @jamiegangel knew this, chose not to print it, and is now reporting her lies on television. Shame on her.

Just about everything you posted about Mr. ▮▮▮▮ (aside from his approximate age, and you later managed to get even that wrong) is false. Indeed, it is breathtaking to behold how much false information you manage to compress into a series of short tweets. But for purposes of this letter, let's focus on your statement that Mr. ▮▮▮▮ "had been fired from multiple campaigns for lying and unethical behavior." This is false and defamatory. You must retract this statement immediately.

Ms. Caroline Wren<br>
January 12, 2023<br>
Page 2

I understand that in your world, making false statements about people with whom you disagree is *de rigueur*. But in this this instance, you have employed your usual tactic against a private citizen. That was a grave error in judgment. You can minimize your exposure with a suitable and immediate retraction.

Best regards.

Sincerely,

*[signature]*

Timothy B. Hyland

cc: Client (by email)