IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-266 |
| | ) |
| CAROLINE WREN, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

THE COURT will please note the appearance of the undersigned as co-counsel for the plaintiff, John Doe.

Respectfully submitted,

/s/ Tyler Southwick
Tyler Southwick
DC Bar No. 197937
Counsel for Mr. Doe
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA 20190
Tel. (703) 956-3566
Fax (703) 935-0349
Email:  tsouthwick@hylandpllc.com