IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-266-RJL |
| | ) |
| CAROLINE WREN, | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF SERVICE OF PROCESS

The undersigned states the following:

1. I am counsel for the plaintiff.

2. On February 4, 2023, I caused to be mailed, by certified mail, return receipt requested, to the defendant, at her last known address, the Summons, Notice of Right to Consent to Trial Before a United States Magistrate Judge, and a copy of the Complaint (collectively, the "Service Papers") in this action. A copy of the certified mail receipt is attached hereto. The defendant's address is in the District of Columbia.

3. The Service Papers were delivered to and signed for by or for the defendant on February 10, 2023. A copy of the signed return receipt is attached hereto.

4. Fed. R. Civ. P. 4(e)(1) provides that an individual may be served in a judicial district of the United States by following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made.

5. D.C. Sup. Ct. R. 4(c)(4) provides that an individual defendant in the District of Columbia may be served by mailing a copy of the Service Package to the defendant by certified mail, return receipt requested.

AND FURTHER THE UNDERSIGNED SAYS NOT.

_____
Timothy B. Hyland

COMMONWEALTH OF VIRGINIA,
COUNTY OF FAIRFAX, to wit:

    Subscribed and sworn to before me, a Notary Public in and for the jurisdiction aforesaid, by Timothy B. Hyland on February 14, 2023.

                                                                        Notary Public

My Commission Expires: 7/31/2024

Reg. No. 7207307

```
AHMAD M. TONY
NOTARY PUBLIC
REGISTRATION # 7207307
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
JULY 31, 2024
```



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery<br>2/10/23 |
| 1. Article Addressed to:<br><br>Caroline Wren<br>609 Maryland Avenue, N.E., Apt. 1<br>Washington, DC  20002 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6986 1225 1584 85 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7022 1670 0003 2315 4771 | ☐ ...Mail<br>   ...ail Restricted Delivery | |

PS Form 3811, July 2020 PSN 7530-02-000-9053                                                      Domestic Return Receipt