IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN DOE**,<br><br>    *Plaintiff*,<br><br>v.<br><br>**CAROLINE WREN**,<br><br>    *Defendant*. | Case No.: 1:23-cv-00266-RJL |

**CONSENT MOTION FOR ORDER TERMINATING ORDER GRANTING
PLAINTIFF'S MOTION TO PROCEED PSEUDONYMOUSLY**

  Defendant Caroline Wren ("Defendant") respectfully moves for an order terminating the Memorandum and Order ("Order") issued *ex parte* on February 1, 2023 [ECF No. 4], by Chief Judge Beryl A. Howell, which (1) allowed Plaintiff John Doe ("Plaintiff") to proceed with the case using the pseudonym "John Doe;" and (2) prohibited Defendant from "publicly disclosing plaintiff's identity or any personal identifying information that could lead to the identification of plaintiff by nonparties, except for the purposes of investigating the allegations contained in the Complaint and for preparing an answer or other dispositive motion in response." *See* ECF No. 4 at 7.

  Since Chief Judge Howell issued the Order, there has been a significant change in circumstance regarding Plaintiff's anonymity. In a related action filed in the Alexandria Circuit Court of the Commonwealth of Virginia, the court ordered Plaintiff to proceed under his true name. This was soon followed by publication of Plaintiff's name in national newspapers, including the *Washington Post*.

1

Based on this change in circumstance, Jesse Franklin-Murdock, counsel for Defendant, and Timothy Hyland, counsel for Plaintiff, met and conferred by telephone on March 14, 2023. Messrs. Franklin-Murdock and Hyland agreed to the following:

1. The provision in the Order allowing Plaintiff to proceed under a pseudonym should be terminated.

2. The provision in the Order prohibiting Defendant from "publicly disclosing plaintiff's identity or any personal identifying information that could lead to the identification of plaintiff by nonparties, except for the purposes of investigating the allegations contained in the Complaint and for preparing an answer or other dispositive motion in response" should be terminated.

3. Within two (2) business days after the Court grants the instant motion, Plaintiff shall file a First Amended Complaint under Plaintiff's true name.

4. Defendant's deadline to respond to the prospective First Amended Complaint shall remain April 17, 2023, consistent with the deadline for a responsive pleading established in this Court's Minute Order, dated March 3, 2023.

Pursuant to the parties' agreement, Defendant respectfully requests that this Honorable Court enter the proposed order submitted herewith, which memorializes the terms set forth above.

Dated: March 14, 2023                                   Respectfully submitted,

/s/ Jonathan M. Shaw
Jonathan M. Shaw
Dhillon Law Group Inc.
2121 Eisenhower Avenue, Suite 402
Alexandria, Virginia 22314
(703) 574-1206
JShaw@dhillonlaw.com

3

                    Krista L. Baughman
                    Jesse Franklin-Murdock
                    Dhillon Law Group Inc.
                    177 Post Street, Suite 700
                    San Francisco, California 94108
                    (415) 433-1700
                    KBaughman@dhillonlaw.com
                    JFranklin-Murdock@dhillonlaw.com

                    *Counsel for Defendant Caroline Wren*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2023, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Jonathan M. Shaw*
Jonathan M. Shaw