IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN DOE**,<br><br>            *Plaintiff*,<br><br>v.<br><br>**CAROLINE WREN**,<br><br>            *Defendants*. | Case No.: 1:23-cv-00266-RJL |

**ORDER**

Upon consideration of Defendant Caroline Wren's ("Defendant") Consent Motion for Order Terminating Order Granting Plaintiff's Motion to Proceed Pseudonymously, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the provision in Chief Judge Beryl A. Howell's Memorandum and Order issued on February 1, 2023, ECF No. 4 (the "Order"), allowing Plaintiff John Doe ("Plaintiff") to proceed pseudonymously is hereby terminated.

IT IS FURTHER ORDERED that the provision in the Order prohibiting Defendant from "publicly disclosing plaintiff's identity or any personal identifying information that could lead to the identification of plaintiff by nonparties, except for the purposes of investigating the allegations contained in the Complaint and for preparing an answer or other dispositive motion in response" is hereby terminated.

IT IS FURTHER ORDERED that Plaintiff shall, within two days after entry of this Order, file a First Amended Complaint under Plaintiff's true name.

IT IS FURTHER ORDERED that Defendant shall respond to the prospective First Amended Complaint by April 17, 2023.

SO ORDERED this **16th** day of **March**, **2023**

_____
Hon. Richard J. Leon
United States District Judge

Notice to:

**Plaintiff John Doe**
Timothy B. Hyland
thyland@hylandpllc.com
Tyler Southwick
tsouthwick@hylandpllc.com
1818 Library Street, Suite 500
Reston, Virginia 20190