# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLTON HUFFMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:23-cv-266-RJL |
| CAROLINE WREN, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiff, Carlton Huffman, and the defendant, Caroline Wren, by their respective counsel, hereby stipulate to the dismissal of this civil action, with prejudice, with each party to bear his or her own costs and attorneys' fees.

Respectfully submitted,

/s/ *Timothy B. Hyland*
Timothy B. Hyland
DC Bar No. 988498
Counsel for Carlton Huffman
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA 20190
Tel. (703) 956-3566
Fax (703) 935-0349
Email:  thyland@hylandpllc.com

-2-

                         /s/ *Jonathan M. Shaw*
                         Jonathan M. Shaw
                         DC Bar No. 446249
                         Counsel for Caroline Wren
                         DHILLON LAW GROUP INC.
                         2121 Eisenhower Avenue, Suite 402
                         Alexandria, VA 22314
                         Tel. (703) 574-1206
                         Email:  jshaw@dhillonlaw.com